IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| DAVID GILLESPIE, Individually and on Behalf of all Others Similarly Situated, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 5:18-cv-00092 |
| EQUINOR TEXAS ONSHORE PROPERTIES LLC, EQUINOR PIPELINES LLC, AND EQUINOR US OPERATIONS LLC, | § § § § § § | |
| *Defendants.* | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants file this Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a).

1.      Plaintiff is David Gillespie, Individually and on Behalf of all Others Similarly Situated ("Plaintiff").  Defendants are Equinor Texas Onshore Properties LLC, Equinor Pipelines LLC, and Equinor US Operations LLC, as well as former Defendant Equinor USA Onshore Properties, Inc. (collectively, "Defendants"). Plaintiff and Defendants are collectively referred to herein as "the Parties."

2.      On June 29, 2018, Plaintiff sued Defendants in federal court.  The case is Case 5:18-cv-00092, *David Gillespie, Individually and on Behalf of all Others Similarly*

1

*Situated v. Equinor Texas Onshore Properties LLC et al.*, in the United States District Court for the Southern District of Texas.

3.    Plaintiff has resolved his disputes with Defendants and therefore respectfully requests that this action be dismissed with prejudice and without any award of costs to any party.

4.    Accordingly, Plaintiff and Defendants respectfully request that the Court sign and enter the attached Order of Dismissal with Prejudice.  All parties who have appeared in this action join in this request, including Plaintiff David Gillespie; Defendant Equinor Texas Onshore Properties LLC; Defendant Equinor Pipelines LLC; Defendant Equinor US Operations LLC; and former Defendant Equinor USA Onshore Properties, Inc.

## PRAYER

5.    Plaintiff and Defendants respectfully pray that the Court recognize the immediate effect of this notice of dismissal with prejudice, thereby leaving all costs and attorneys' fees to be borne by the party incurring them.

Respectfully Submitted,

**BECK REDDEN LLP**

By: ___*/s/ Fields Alexander*___
   Fields Alexander
   State Bar No. 00783528
   Federal Bar No. 16427
   falexander@beckredden.com
   1221 McKinney Street, Suite 4500
   Houston, TX 77010
   Telephone:   (713) 951-3700
   Facsimile:   (713) 951-3720
   **ATTORNEY-IN-CHARGE FOR**
   **DEFENDANTS EQUINOR TEXAS**
   **ONSHORE PROPERTIES LLC,**
   **EQUINOR PIPELINES LLC, AND**
   **EQUINOR US OPERATIONS LLC,**
   **AND FORMER DEFENDANT**
   **EQUINOR USA ONSHORE**
   **PROPERTIES, INC.**

**OF COUNSEL:**
BECK REDDEN LLP
Mark C. Rodriguez
State Bar No. 00794554
Federal Bar No. 22260
mrodriguez@beckredden.com
Marcos Rosales
State Bar No. 24074979
Federal Bar No. 1125440
mrosales@beckredden.com
1221 McKinney Street, Suite 4500
Houston, TX 77010
Telephone:   (713) 951-3700
Facsimile:   (713) 951-3720

**THE FERGUSON LAW FIRM, LLP**

By:    /s/ *Mark C. Sparks*
           Mark C. Sparks
           State Bar No. 24000273
           mark@thefergusonlawfirm.com
           Paul F. Ferguson, Jr.
           State Bar No. 06919200
           cferguson@thefergusonlawfirm.com
           Jane S. Leger
           State Bar No. 00788814
           jleger@thefergusonlawfirm.com
           Tim Ferguson
           State   Bar No. 24099479
           tferguson@thefergusonlawfirm.com
350 Pine Street, Suite 1440
Beaumont, Texas 77701
Telephone:    (409) 832-9700
Facsimile:    (409) 832-9708

**THE WALKER LAW FIRM**

By:    /s/ Layne W. Walker
           Layne W. Walker
           State Bar No. 20713900
           Walkerlaw3@gmail.com
905 Orleans Street Beaumont, Texas 77701
Telephone:    (409) 347-6650
Facsimile:    (409) 347-6651

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2022, a true copy of the foregoing has been served upon all parties or their attorneys contemporaneously with or before the filing of this pleading, in a manner authorized by Federal Rule of Civil Procedure 5(b)(1), via CM/ECF.

*/s/ Fields Alexander*
           Fields Alexander

4